LUCY SOMMER, Appellant, *v.* GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent.

Submitted December 15, 1939: decided December 28, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 508.)